**Brian FOSS, Appellant,**

v.

**DOLGENCORP, LLC and Division of Employment Security, Respondents.**

**No. WD 74779.**

Missouri Court of Appeals, Western District.

Oct. 30, 2012.

Paul Andrew Seigfreid, Mexico, MO, for appellant.

Ninion S. Riley, Jefferson City, MO for respondent Division of Employment Security.

Robert Grant Pennell, Ballwin, MO, for respondent Dolgencorp, LLC.

Division One: JAMES M. SMART, JR., P.J., LISA WHITE HARDWICK and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Brian Foss challenges the ruling of the Labor and Industrial Relations Commission affirming the Appeals Tribunal's denial of unemployment compensation benefits. Foss contends that the facts found by the Commission were not supported by substantial and competent evidence, and that he left work for good cause attributable to his employer, Dolgencorp. We affirm the Commission's denial of an award of benefits. Rule 84.16(b).